AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Steven Maurice Williams
PDID: xxx-xxx

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 9, 2005__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of PCP, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __§841(a)(1)__.

I further state that I am **DETECTIVE KING WATTS**, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes  ☐ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
KING WATTS, DETECTIVE
MAJOR NARCOTICS BRANCH, MPD
NARCOTICS SPECIAL INVESTIGATION DIVISION

_____
Date

at   __Washington, D.C.__
        City and State

_____          _____
Name & Title of Judicial Officer                              Signature of Judicial Officer