**FACTS IN SUPPORT OF ARREST WARRANT FOR STEVEN MAURICE WILLIAMS**

On November 9, 2005 at approximately 1440 hours, a Metropolitan Police Department under cover officer ("uc") met with a subject known to her as STEVEN WILLIAMS. The officer previously had identified WILLIAMS from a book of more than thirty MPD photographs after having purchased PCP from him on prior occasions.

The uc met with WILLIAMS in the xxxx xxxx xx xxxxxxx xxxxxxxxxx within the District of Columbia for the purpose of making a pre-arranged purchase of PCP from him. The uc entered the block in n MPD undercover vehicle and observed WILLIAMS standing on the front porch of xxxx xxxx xx xxxxxxx xxxxxxxxxx The uc then parked the vehicle and WILLIAMS walked to the passenger side of the vehicle and entered it. Inside the vehicle WILLIAMS gave the uc a clear bottle of a liquid substance which had a strong odor consistent with PCP. In exchange for $600 in MPD funds.

Following a short conversation, the uc asked WILLIAMS for an additional bottle. WILLIAMS got out of the vehicle, went inside xxxx xxxx xx xxxxxxx xxxxxxxxxx and returned a short time later to the uc vehicle. WILLIAMS entered the vehicle and handed the uc an additional bottle of a liquid substance with an odor consistent with PCP in exchange for $500 of MPD funds. WILLIAMS exited the vehicle and the uc drove from the area.

Based on the above information, the affiant requests that an arrest warrant be issued for STEVEN MAURICE WILLIAMS.

                                                DETECTIVE KING WATTS
                                                Metropolitan Police Department

Sworn and subscribed to before me on this _____ day of November, 2005.

_____    _____
                                            United States Magistrate Judge